ALBERT PIPE SUPPLY Co., INC., Respondent, *v.* JOSEPH B. CALLA-NAN and INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Appellants.*

Supreme Court, Appellate Term, First Department, April 14, 1936.

*John J. Bennett, Jr., Attorney-General* [*Joseph A. McLaughlin* and *Isaac Frank, Assistant Attorneys-General,* of counsel], for the Industrial Commissioner of the State of New York, appellant.

*Murray T. Feiden,* for Joseph B. Callanan, appellant.

*Joseph Dannenberg,* for the respondent.

PER CURIAM. It is not necessary that a lien be recorded, docketed or filed in order to be effective. (See *Engelhardt* v. *Alvino Realty Co.,* 248 N. Y. 374.)

Judgment and order reversed, with ten dollars costs, and the motion of the defendant Industrial Commissioner of the State of New York granted. Appeal of defendant Callanan dismissed.

All concur. Present — LYDON, LEVY and FRANKENTHALER, JJ.